**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Joyce J. Mays,

    Plaintiff,

           v.                                       Case No. 1:08cv871

Commissioner of Social Security,               Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 3, 2010 (Doc. 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Defendant's Motion to Dismiss (Doc. 6) is **DENIED**; Defendant is directed to file an answer and administrative transcript within twenty-one (21) days of the date of this Order.

**IT IS SO ORDERED.**

                                                                  /s/ Michael R. Barrett
                                                                  Michael R. Barrett
                                                                  United States District Judge