# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Joyce Mays,

    Plaintiff,

        v.                                  Case No.  1:08cv871

Commissioner of Social Security,           Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 14, 2011 (Doc. 30).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter *de novo* pursuant to 28 U.S.C. § 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  Pursuant to the stipulation (Doc. 29) filed by the parties, Plaintiff is awarded $2,000.00 in fees and $350.00 in costs for a total award of $2,350.00.

    **IT IS SO ORDERED.**

                                                                     */s/ Michael R. Barrett*
                                                                   Michael R. Barrett
                                                                   United States District Judge